

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:GMR  *271 Cadman Plaza East*
F. #2022R00842  *Brooklyn, New York 11201*

October 18, 2022

<u>By ECF and Email</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Isaiah Dukes
               <u>Magistrate Docket No. 22-MJ-1059</u>

Dear Judge Reyes:

        The government respectfully submits this letter to correct the record in connection with the detention letter (the "Letter") filed prior to the above-referenced defendant's initial appearance on September 30, 2022. <u>See</u> ECF No. 2. Following the defendant's initial appearance, the Court entered a permanent order of detention pending trial, finding a serious risk that the defendant will not appear and presents a danger to the safety of another person or the community. <u>See</u> ECF No. 5 ("Order of Detention"). This finding was based on the government's Letter and evidence proffered at the hearing. <u>Id.</u> The defense did not propose a bail package.

        In the Letter, the government stated that "music videos posted to YouTube show the defendant in possession of what appear to be different firearms" and provided still images from these videos. ECF No. 2, at 4. The government has subsequently learned that the defendant is not the person depicted in these videos. The government maintains that the

defendant presents a risk of flight and a danger to the community, yet withdraws that portion of the Letter which relied on these videos.

> Respectfully submitted,
>
> BREON PEACE
> United States Attorney
>
> By: _/s/ Gil Rein_
> Gilbert M. Rein
> Assistant U.S. Attorney
> (718) 254-6407

cc: Clerk of Court (RER) (by ECF and Email)
     Defense Counsel (by ECF and Email)